# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2019

## NO. 03-19-00396-CR

**Alvin Dejuan Melton, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.